UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )         BK No.:   15-33682
Victoria V Gross                          )
                                          )
                                          )         Chapter: 13
                                          )         Honorable Janet S. Baer
                                          )
                                          )         Kane
            Debtor(s)                     )

## ORDER MODIFYING PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

The Debtor's plan is modified post-confirmation to defer the current default to the end of the plan.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  August 11, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600